**STEWART v. STATE.**

No. 18848.

Court of Criminal Appeals of Texas.

March 3, 1937.

Frank Judkins, of Eastland, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

The record is before us without statement of facts or bills of exception.

No error has been perceived or pointed out.

The judgment is affirmed.